RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

ROBERT ATKINS (*Pro Hac Vice forthcoming*)
  ratkins@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC. and RASIER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CRAWFORD, an individual,<br><br>                      Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>                      Defendants. | Case No. 3:23-cv-02290-VC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., AND RASIER, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS      CASE NO. 3:23-cv-02290-VC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Uber Technologies, Inc. and Rasier, LLC, by and through their attorneys, hereby state as follows:

- Defendant Uber Technologies, Inc. ("Uber") is a Delaware corporation with a principal place of business in San Francisco, California. Uber is a privately held corporation. It has no parent corporation and no publicly held corporation owns more than ten percent (10%) of its stock.

- Defendant Rasier, LLC ("Rasier") is a Delaware limited liability company. Rasier maintains its corporate headquarters, principal office, and principal place of business in San Francisco, California. Rasier is a wholly owned subsidiary of Uber. The sole member of Rasier is Uber. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Rasier is unaware of any shareholder who beneficially owns more than ten percent (10%) of Uber's outstanding stock.

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that apart from the named parties to this action, they do not believe that there are other persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Uber will advise this Court in the event it learns of any additional interested entities or persons that must be identified pursuant to Civil Local Rule 3-15.

DATED: June 6, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Randall S. Luskey*
RANDALL S. LUSKEY
ROBERT ATKINS

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.
and RASIER, LLC

-2-
DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS    CASE NO. 3:23-cv-02290-VC